# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Docket #2:13-cr-00026** |
| : | |
| **CARLO SMART** : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, upon consideration of Defendant's Motion for Early Termination of Supervised Release, and the government response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. The defendant's term of supervised release is hereby **TERMINATED**.

                                             **BY THE COURT**:

                                             --------------------------------------------------------
                                           **UNITED STATES DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Docket #2:13-cr-00026 |
| : | |
| **CARLO SMART** : | |

**DEFENDANT'S MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant, Carlo Smart (hereinafter "Mr. Smart"), by and through his undersigned counsel, respectfully moves the Court to terminate his supervised release pursuant to 18 U.S.C. § 3583(e). As grounds, it is averred:

1. On or about October 19, 2007, Mr. Smart pled guilty to one count of Interstate Shipment of Stolen Goods in violation of 18 U.S.C. 2314. On March 24, 2008, Mr. Smart was sentenced before the Honorable Joseph E. Irenas (U.S.D.C. for the District of New Jersey) to a term of 27 months incarceration to be followed by a three-year period of supervised release. Mr. Smart was ordered to pay a $38,076 in restitution and $100 special assessment fee.

2. Mr. Smart began supervised release in September 2012.

3. On January 4, 2013, an Order transferring jurisdiction of Supervision of Releasee to from U.S.D.C. for the District of New Jersey was accepted by the U.S.D.C. Eastern District of Pennsylvania on January 24, 2013.

4. Mr. Smart has had no new arrests or any violations of supervision.

5. Mr. Smart has complied with all court requirements and is current on his court approved payment plan.

6. Mr. Smart suffers from ongoing medical issues stemming from complications from back surgery, rendering him unable to work.

7. The defense respectfully requests that his supervised release be terminated.

8. The Court has authority to terminate supervision after one year pursuant to 18 U.S.C. § 3583(e)(1), which permits a court to:

> "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."
> In making this determination, the court is directed to consider the factors set forth in 18 U.S.C. §3553(a), to the extent they are applicable.

9. United States Probation Officer Adam Peterson has advised Mr. Smart that he has no objection to this request.

10. In light of the sentencing purposes for which the term of supervised release was imposed, the interests of justice are better served by *not* requiring Mr. Smart to complete the remaining term of supervised release imposed on him.

**WHEREFORE**, for the reasons cited above and in the interests of justice, defendant Carlo Smart respectfully moves this Court for an order terminating his supervised release.

Respectfully submitted,

*/s/ Robert Gamburg, Esquire*
**ROBERT M. GAMBURG, ESQUIRE**
1500 Walnut Street
22nd Floor
Philadelphia, PA 19102
(215) 567-1486 phone
(215) 940-6661 facsimile

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 25, 2015 a true and correct copy of the within motion in the herein matter was served on the following person, via first class mail, and/or electronic filing, as follows:

U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*/s/ Robert Gamburg, Esquire*
**ROBERT M. GAMBURG, ESQUIRE**
1500 Walnut Street
22nd Floor
Philadelphia, PA 19102
(215) 567-1486 phone
(215) 940-6661 facsimile